# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4045
Lower Tribunal No. 11-CF-000143

_____

LUIS GONZALEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Robert Branning, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Olivia M. Goodman and Stephanie A. Fitzsimmons, of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED